IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY E. WILLIAMS,              :

                         :

              Plaintiff,      :         CIVIL ACTION NO. 14-3765

                         :

       v.                    :

                         :

COMMONWEALTH OF         :

PENNSYLVANIA DEPARTMENT OF    :

CORRECTIONS, et al.,        :

                         :

            Defendants.    :

## <u>ORDER</u>

**AND NOW**, this 4th day of August, 2014, after considering the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 3) and the complaint (Doc. No. 1-1) filed by the plaintiff *pro se*, Anthony E. Williams, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1.     The Application to Proceed in District Court Without Prepaying Fees or Costs is **GRANTED**;

2.     The plaintiff's claims against the defendants, Commonwealth of Pennsylvania Department of Corrections, State Correctional Institution – Mercer, State Correctional Institution – Camp Hill, and State Correctional Institution – Graterford, are **DISMISSED WITH PREJUDICE** as legally frivolous under 28 U.S.C. § 1915(e)(2)(B)(i);

3.     The plaintiff's claims against all remaining defendants are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii); and

4.      The plaintiff has leave to file an amended complaint within thirty (30) days of the

date of this order if he desires to amend the claims that the court has dismissed without prejudice.

BY THE COURT:


*/s/ Edward G. Smith*
EDWARD G. SMITH, J.