IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY E. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-3765 |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of January, 2015, after conducting a review of the amended complaint filed by the *pro se* plaintiff, Anthony E. Williams (Doc. No. 6), as required by 28 U.S.C. § 1915(e)(2), and after considering the plaintiff's request for reconsideration (Doc. No. 7), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff's request for reconsideration (Doc. No. 7) is **DENIED**;

2. The plaintiff's claims against the DOC, SCI Mercer, SCI Camp Hill, SCI Graterford, and Judge James T. Anthony, are **DISMISSED WITH PREJUDICE**. The plaintiff shall not reassert those claims if he files a second amended complaint pursuant to paragraph 4 of this order;

3. The plaintiff's claims against Brian Thompson, Brenda Goodall, Paul P. Theriault, Martin P. Aubel, Amanda Cauvel, Jeffrey P. Hoovler, Mary Ann Durborow, Linda Graves, Michael Appelgarth, Timothy Henry, Terri L. Richardson, Nora M. Williams, Monica B. Knowlden, Melissa L. Myers, Jennifer Lynn Schrift, and Denise L. Woods, in their official

capacities as employees of the DOC, SCI Mercer, SCI Camp Hill, or SCI Graterford, are **DISMISSED WITH PREJUDICE**; and

    4.    The plaintiff's claims against the remaining defendants (including those claims against the aforementioned DOC officials/employees in their individual capacities), are **DISMISSED** without prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). The plaintiff has leave to file a second amended complaint within thirty (30) days of the date of this order. If the plaintiff files a second amended complaint, he shall name all defendants in the caption of the pleading in addition to the body of the pleading, and describe how each defendant was personally involved in the violation of his rights. The plaintiff shall also include the above civil action number on his second amended complaint. Upon the filing of a second amended complaint, the clerk of court shall not make service until so ordered by the court.

                                                                                BY THE COURT:

                                                                                EDWARD G. SMITH, J.