IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY E. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-3765 |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of April, 2015, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**. The clerk of court shall **CLOSE** this case.

BY THE COURT:

/s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.